UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| HURLE BRADLEY<br>*Plaintiff*<br>v.<br><br>ST. LANDRY PARISH SHERIFF'S DEPT.<br>SHERIFF BOBBY GUIDROZ<br>DEPUTY JOSHUA GODCHAUX<br>*Defendants* | **Civil Action No.:**<br>6:14-cv-03105-PJH<br><br>**Magistrate:**<br>Patrick J. Hanna<br><br>By Consent of the Parties |

## CERTIFICATE OF SERVICE

I, David Clay Clarke, counsel for Defendants St. Landry Parish Sheriff's Department, Sheriff Bobby Guidroz individually and in his official capacity as Sheriff of St. Landry Parish, and Deputy Joshua Godchaux hereby certify that a copy of the Defendants' Proposed Findings of Fact and Conclusions of Law (Doc. No. 35) was filed electronically with the Clerk of Court using the CM/ECF system on March 19, 2018 and has been served upon counsel for all parties to this proceeding via electronic filing notification and email.

Respectfully submitted on this 20th day of March, 2018.

/s/ David Clay Clarke
David Clay Clarke (Bar Roll #33062)
Post Office Box 54002
Lafayette, Louisiana 70505-4002
(337) 205-8350
(337) 205-6204 fax
david@davidclarkelaw.com
*Attorney for Defendants, St. Landry Parish Sheriff's Department, Sheriff Bobby J. Guidroz and Joshua Godchaux*