UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| HURLE BRADLEY | CIVIL ACTION NO. 6:14-cv-03105 |
| VERSUS | MAGISTRATE JUDGE HANNA |
| ST. LANDRY PARISH SHERIFF'S DEP'T, ET AL. | BY CONSENT OF THE PARTIES |

# JUDGMENT

For the reasons set forth in the memorandum ruling issued this date,

IT IS ORDERED, ADJUDGED, AND DECREED that the claims asserted by the plaintiff, Hurle Bradley, are DISMISSED WITH PREJUDICE.

Signed at Lafayette, Louisiana, this 24th day of April 2018.

_____
PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE